IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10585
Summary Calendar
_____

SIR WILLIAMS,

                                        Plaintiff-Appellant,

versus

MICHAEL L. BRAMER; ET AL.,

                                        Defendants,

MICHAEL L. BRAMER,

                                        Defendant-Appellee.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CV-742-M
---------------------
December 18, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Sir Williams appeals the dismissal of his 42 U.S.C. § 1983
action against a Dallas police officer who allegedly choked him
during an investigative stop.  See Williams v. Bramer, 180 F.3d
699 (5th Cir. 1999), clarified on rehearing, 186 F.3d 633
(5th Cir. 1999).  He argues that there was insufficient evidence
to support the jury's finding that he suffered no injury.  Trial
testimony that Williams was not choked and showed no signs of any

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

injury more than satisfies the deferential "any evidence" standard used to review the jury's verdict in the absence of a motion by Williams for judgment as a matter of law in the trial court.  See Coughlin v. Capitol Cement Co., 571 F.2d 290, 297 (5th Cir. 1978); see also Little v. Bankers Life & Cas. Co., 426 F.2d 509, 511 (5th Cir. 1970) (defendant but not plaintiff moved for directed verdict).

The judgment of the district court is AFFIRMED.